JUDGE LEIGHTON

09-CR-05598-ORD

FILED _____ LODGED
_____ RECEIVED

MAR 1 6 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 09-5598 RBL |
| v. ) | ORDER CONTINUING MOTION CUTOFF DATE |
| MATTHEW SHAUN TAYLOR, ) | |
| Defendant. ) | |

Having reviewed the unopposed defense motion for a continuance of the motions cutoff date it is hereby:

ORDERED that the motion cutoff date in this matter shall be continued to March 26, 2010.

Dated this 16th day of March, 2010.

_____
JUDGE

CONT. ORDER
1.

Keith A. MacFie
Attorney at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-627-6911